**F. G. GRAY v. JOSEPH H. DURKEE, individually and as Executor, etc., et al.**

18 So. (2nd) 22                                       January Term, 1944
May 5, 1944                                          Special Division A
Rehearing Denied June 6, 1944

*James H. Bunch,* for petitioner.
*Howell, McCarthy, Lane & Howell,* for respondent.

PER CURIAM:

Petition for certiorari herein is denied on authority of Gibson v. American Ins. Co., 146 Fla. 171, 200 So. 357; Goldring v. Reid, 60 Fla. 78, 53 So. 503; Jacques v. Wellington, 133 Fla. 819, 183 So. 22; Spiker v. Hester, 102 Fla. 104, 135 So. 502; Seaboard A. L. Railway Company v. Hartline, 84 Fla. 133, 92 So. 813.

BUFORD, C. J., TERRELL, CHAPMAN and SEBRING, JJ., concur.